# COMPLAINT FORM
(for filers who are prisoners without lawyers)
(revised 4/19/2022)

**FILED**
**04/11/2023**
**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF **Indiana**

(Full name of plaintiff(s))

Andrew Lee Unser
D.O.B - 5-14-1980
SS# 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

v.

(Full name of defendant(s))

Sheriff Wedding, David
Field Training officer Woods
Field Training officer Butler
Field Training officer Steward
Sheriff's Deputys, Wisher, Downen, Cruz, Bergenking, Stoub, John Does, Jane Does

Case Number:
3:23-cv-0055-MPB-MJD
(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of **Indiana** (State), and is located at **3500 Harlan Dr., Evansville, IN 47711** (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant **Sheriff David Wedding** (Name)

② Defendant, Felding Training Officer Woods, is a citizen of Indiana and resides (?) and worked for Vanderburgh County Confinment Center and Sheriff's Department.

② Defendant, Field Training Officer Butler, is a citizen of Indiana and resides (?) and worked for Vanderburgh County Confinment Center and Sheriff's Department.

② Defendant, Field Training Officer Steward, is a citizen of Indiana and resides (?) and worked for Vanderburgh County Confinement Center and Sheriff's Department.

② Defendant, Sheriff's Deputys, Cruz, Stout, Wisher, Pharr, Bergenking, Downen, John Doe, John Doe, Jane Doe, Jane Doe

Note: (I'm including Sheriff David Wedding in this complaint because a feel his well known hatered for sex offenders, also includes LGTBQ persons, Top down, trickle- effect, management, shows up and unwritten in launage of deputies and trainees. (Fuck comos, etc.))

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Vanderburgh County Confinement center and Sheriff's Department__ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① Jail Commander Ferguson ④ Field Training Officers/ Butler, Woods, Steward, Carl ① Sheriff's Deputy / Stout, Downen, Wisher, Pharr, Burgernking, Morose, Cruz Several other officers known as John Doe or Jane Doe

② Sheriff's Deputy Downen, on Wendsday, October, 26 2022 took my "boxer shorts" (only issued pair) told me I would get new ones' in a few hours and never returned them, put me in danger, delibertly uncaring

② Sheriff's Deputy's Butler, on Thursday (28th) Cruz, Steward, Berkenking, Doe,

③ Deputy's John Doe, Deputy John Doe, Jane Doe, Jane Doe

Complaint - 2

announced "clothing exchange". I told the deputy, "I have no boxer shorts". The deputy said, "Strip down! Take your pants and shirt off and take your sheet and towel and go to the front". I, Andrew Unser, am a known-homosexual with effeminate attributes. I was made to walk, in front approx. 100 inmates and 8 Sheriff's Deputies, naked, (strip searched, in front of several (approx 100) women and men officers and inmates,) from the back of the A2 Pod, 62 cell# in Evansville, IN (Vanderburgh County Jail) to the front. Field Training Officer Butler, asked, "Where I have my boxer at?" I, Andrew Unser, replied, "Deputy Dowen took my boxer yesterday." FTO/Deputy Butler, asked "What size do you need?" I, Andrew Unser, replied, "Large" FTO Butler told me she would "get me some boxers after clothing exchange"

FTO Deputy Butler, then looked at Deputy Cruz and said (laughed) "He doesn't have much to cover anyway" showing callousness and deliberate indifference, violating my 14th and 8th Admamment Rights of the U.S. Constitution, I told the officer's (Deputy Cruz and Butler) "I'm nervous and scared" because Inmates were hollaring "Sticky Buns" "Sweet thing" "Fish" "Faggot" "Queer" and whit whistling, I was told to (by FTO/Butler) "Get dressed, and go back to your cell" I felt scared and humiliated. The 8 officers, showed deliborated indifference, cruelity, and sexually harassed and ridiculed me.

(2) Jail Commander Fergeson, on Friday October 28, 2022, came into A2 Pod VCJ, I, Andrew Unser, explained the incident from the day before, told him I was scared of both officers and Inmates, and told him I had no "boxer shorts". Commander Fergeson said, "I'll look into it and what size boxers do I need," I told him, "Thank you, sir, so much, I need Large Boxers"

Complaint - 3 (B)

Jail Commander Fergeson told me "Not to worry, give him a few hours and I'll get you some boxers". Again, just like the day before and the previous day before that, I never had my boxer shorts returned. (Note: Vanderburgh County Jail has 3 shifts of officers. I, Andrew Unser, asked every new ~~officer~~ officer that came on shift for boxer short explaining my situation).

Jail Commander Fergeson, showed delibibrate indifferance and cruelty toward myself because of my sexuality, he put me in further danger of being sexually violated and never brought me a pair of boxer shorts.

② I, Andrew Unser, asked several deputys including, c/o Wisher, Moore, Stout, Pharr, John Doe, John Doe, Jane Doe Saturday Oct. 29 2022 and Sunday Oct 30 2022 for boxers, never recieving any. Again, showing delibibrate indifferance, cruelty, and mismanagment.

③ Sunday, Oct. 30 2022, I, Andrew Unser, was sexual harassed, molested "Dry Humped", and threatened, by inmates.

Complaint - 3 (C)

During, tray (food) pass at dinner (approx 5pm) after pleading with officers all day to please help with the harrassment and "boxer shorts", I approach, Deputy Pharr, during tray pass and say, "I am not taking a tray until, I get somewhere safe and some boxers," to which he (Pharr) replied, "Don't care. Get that shit pussy-lipped faggot, out of here." I was stunned. He said, "Go back to your cell Now!" I was scared and further humilited. Never recieved tray.

② After watching the PREA video I file a PREA compliant on Sunday. The grieuence never even got opened. Showing delibrate callousness and indifferance, from Sheriff (Wedding) a known sex offender "hater" and upper management down to trainees, because of past charges and sexuality

③ Monday, morning Oct. 31, 2022 I'm beyond scared and worried for my safety at this point. I've sent several grivances and complinants out, following all protocall and rules.

Complaint #3 (D)

appox 8 officer's come into A2 POD announcing "clothing exchange down to your boxers!" the officer are lead by Sgt. FTO Carl, I, Andrew Unser, ask Sgt. FTO Carl, "Sir, I, have no boxer, do I have to take my pants off, and exchange them?" Sgt. FTO Carl, says to me, "Yes, searching and cleaning purposing." I, Andrew Unser, was made to walk naked again in front of approx. 100 and 8 officers, and strip searched in front of approx 100 inmates and 8 officer including Sgt. Carl, Deputies Bergenking, Stout, John Doe, John Doe, John Doe, Jane Doe, Jane Doe. I, was scared, humilated, and yelled at and called (sweet thing, faggot,) and punched and hit by inmates later on, "For bringing "Heat" to the POD.

② April 2023, before sending this compliant, I wrote a grivawce to staff here at the jail about these said above events and days, To be told, "You have no proff that we did wrong."

Complaint - 3 (E)

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

A) An order to stop harassing inmates by staff, based on sexuality and charges

B) Pay raise and incentives to hire and train, career minded deputys, who care about people.

C) Sexuality sensitivity training.

D) Better people management training.

E) If found guilty, Officer Pharr and Wisher, suspended until drug tested and trained in anger management.

F) Compensated for time and humiliated

E.  **JURY DEMAND**

☐ Jury Demand – I want a jury to hear my case
  OR

☑ Court Trial – I want a judge to hear my case

Dated this **April** day of **6** 20**23**.

Respectfully Submitted,

_____
Signature of Plaintiff

#**310262**
_____
Plaintiff's Prisoner ID Number

**3500 N Harlan Dr.**
**Evansville, Indiana 47711**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  **OPTIONAL CERTIFICATION**

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE**

**FILING FEE**

[✓] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.