UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANDREW LEE UNSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00055-MPB-CSW |
| | ) |
| DAVID WEDDING, | ) |
| BUTLER Field Training Officer, | ) |
| WISHER Sheriff's Deputy, | ) |
| DOWNEN Sheriff's Deputy, | ) |
| CRUZ Sheriff's Deputy, | ) |
| STOUT Sheriff's Deputy, | ) |
| PHARR Deputy, | ) |
| NOAH ROBINSON Sheriff, | ) |
| LT. FERGUSON Commander, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of David Wedding, Butler, Wisher, Downen, Cruz, Stout, Pharr, Noah Robinson, and LT. Ferguson, and against Andrew Lee Unser.

**IT IS SO ORDERED.**

Dated: January 13, 2025

_Matthew P. Brookman_
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

Andrew Lee Unser
310262
Breckinridge Jail
500 Glen Nash Lane
Hardinsburg, KY 40143